1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  ERIC C. GEROLD,                          No. C 07-4142 MEJ
12              Plaintiff(s),
13    vs.                                    **ORDER FOR CLERK OF COURT TO
                                             REASSIGN CASE**
14  NOVORTIS RETALIN,                        **REPORT & RECOMMENDATION RE:**
15              Defendant(s).                **PLAINTIFF'S APPLICATION TO**
                                             **PROCEED IN FORMA PAUPERIS**
16  _____/
17

18          On August 13, 2007, Plaintiff Eric C. Gerold filed a complaint naming Novortis Retalin as a

19  defendant.  On the same day, Plaintiff also filed an Application to Proceed In Forma Pauperis

20  ("IFP").  Plaintiff has not consented the jurisdiction of a United States magistrate jurisdiction

21  pursuant to 28 U.S.C. § 636.  Accordingly, this case shall be reassigned to a district court judge with

22  the following report and recommendation.

23  **I.      IFP Application**

24          Pursuant to 28 U.S.C. § 1915(a)(1), the Court may permit an individual to file an action in

25  federal court without prepayment of fees when the plaintiff has demonstrated his or her poverty.

26  Here, Plaintiff has submitted an incomplete application.  Specifically, in Section 2 of the application,

27  Plaintiff states that he has received money within the past twelve months from the following

28  sources: "Business, Profession, or self employment," and "Federal or State welfare payments, Social

1   Security or other government source".  Despite this statement, Plaintiff fails to describe the source of

2   money and does not state the amount received from each source.  Accordingly, the undersigned is

3   unable to determine whether Plaintiff has properly demonstrated his poverty, and recommends that

4   the district court order Plaintiff to provide this additional information.

5   **II.      Merits of Plaintiff's Complaint**

6            Pursuant to 28 U.S.C. § 1915(e), where a plaintiff seeks to proceed in forma pauperis, the

7   Court must dismiss the complaint if it determines that the complaint is frivolous or malicious, or that

8   the plaintiff has failed to state a claim upon which relief can be granted.  28 U.S.C. § 1915(e)(2)(B).

9   The Court may deny leave to proceed in forma pauperis if it determines at the outset "if it appears

10  from the face of the proposed complaint that the action is frivolous or without merit." *Tripati v.*

11  *First National Bank & Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987).  In making this determination,

12  the Court assesses the factual and legal basis of the asserted wrong, "however inartfully pleaded," to

13  determine whether a basis for federal jurisdiction exists.  *Franklin v. Murphy*, 745 F.2d 1221, 1227-

14  28 (9th Cir. 1984).  However, "[a] court may dismiss as frivolous complaints reciting bare legal

15  conclusions with no suggestion of supporting facts, or postulating events and circumstances of a

16  wholly fanciful kind." *Id.* (citing *Taylor v. Gibson*, 529 F.2d 709, 717 (5th Cir. 1976)).

17            Here, Plaintiff's Complaint consists of eight handwritten lines and appears to allege that

18  certain drugs, presumably those manufactured by the defendant, caused him "to think I was the devil

19  or something evil."  Plaintiff also states that he was "[h]earing in church things that shouldn't hear

20  frightened me" [sic] and that "[r]eligions ignorance trifled and beguiled my mind from common

21  sense." [sic].  (Doc. #1.)  From these allegations, the undersigned is unable to determine the nature

22  of Plaintiff's allegations.  Further, Plaintiff's complaint is devoid of facts or allegations establishing

23  causation and harm or any information about the basis for the claim and the Court's jurisdiction.  *See*

24  Fed. R. Civ. P. 8(a)(2).  Accordingly, the undersigned recommends that Plaintiff's complaint should

25  be dismissed.

26  **III.     Leave to Amend**

27            A court should only dismiss a complaint without leave to amend when "the court can rule out

28                                                               2

*United States District Court*
For the Northern District of California

**United States District Court**
**For the Northern District of California**

1  any possibility, however unlikely it might be, that an amended complaint would succeed in stating a

2  claim." *Lopez v. Smith*, 203 F.3d 1122, 1128 (9th Cir. 2000) (internal quotation omitted).  In this

3  case, the undersigned recommends that Plaintiff be given a chance to amend his complaint.  The

4  undersigned also recommends that the following instructions be given to Plaintiff:

5          Any amended complaint should contain a simple statement of why
           Plaintiff believes the federal court has the power (i.e., the jurisdiction)
6          to decide this case, a clear and concise explanation of what Plaintiff
           believes Defendant did that was unlawful and an explanation of what
7          laws Plaintiff believes were violated by Defendant's conduct.  Plaintiff
           can find more information on what needs to be in a complaint in the
8          Pro Se Handbook, which is available on the district court's website,
           http://www.cand.uscourts.gov.  If Plaintiff fails to file an amended
9          complaint that contains a short and plain statement of the claim and
           the basis for federal court jurisdiction, this Court will dismiss
10         Plaintiff's Complaint with prejudice.

11  **IV.    Conclusion**

12          Based on the analysis above, the Court RECOMMENDS that the District Court:

13          1.    order Plaintiff to amend his in forma pauperis application to provide the source of

14                money and amount received from each source stated in Section 2 of his application;

15                and

16          2.    dismiss Plaintiff's Complaint with leave to amend.

17          Pursuant to Federal Rule of Civil Procedure 72, any party may file objections to this Report

18  and Recommendation with the assigned District Judge within ten days after being served with a

19  copy.

20          **IT IS SO ORDERED.**

21

22  Dated: September 4, 2007                                   _____

23                                                             MARIA-ELENA JAMES
                                                               United States Magistrate Judge

24

25

26

27

28                                              3

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

2

3

ERIC C. GEROLD,

4                                                    Case Number: CV07-04142 MEJ

           Plaintiff,

5                                                    **CERTIFICATE OF SERVICE**

6      v.

NOVORTIS RETALIN,

7

           Defendant.

8   _____/

9

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District

10  Court, Northern District of California.

11  That on September 4, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said
copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said

12  envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
in the Clerk's office.

13

14  Eric C. Gerold
    17 Woodford Dr

15  Moraga CA 94549

16

Dated: September 4, 2007

17                                           Richard W. Wieking, Clerk
                                             By: Brenda Tolbert, Deputy Clerk

18

19

20

21

22

23

24

25

26

27

28                                   4

**United States District Court**
For the Northern District of California