IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC C. GEROLD, | No.    C-07-4142 MJJ |
| Plaintiff, | **ORDER CLOSING CASE** |
| v. | |
| NOVORTIS RETALIN, | |
| Defendants. | |

Plaintiff has failed to amend his in forma pauperis application pursuant to this Court's order issued on October 11, 2007. The Court therefore DISMISSES this matter for failure to prosecute.

The Clerk is directed to close the file and terminate any pending motions.

**IT IS SO ORDERED.**

Dated: November 20, 2007

MARTIN J. JENKINS
United States District Judge